# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Casey Brent Sutterfield,                              * From the 266th District
                                                       Court of Erath County,
                                                       Trial Court No. CR13558.

Vs. No. 11-12-00152-CR                               * March 28, 2013

The State of Texas,                                  * Memorandum Opinion by Willson, J.
                                                       (Panel consists of: Wright, C.J.,
                                                       McCall, J., and Willson, J.)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.